No. 69279.—Aster Flower Co. et al. *v.* United States, protests 62/19708, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

No. 69280.—F. B. Vandegrift & Co., Inc. *v.* United States, protests 64/1857 and 64/1864 (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of ram units or parts thereof similar in all material respects to those the subject of Abstract 67453, the claim of the plaintiff was sustained.

APRIL 26, 1965

No. 69281.—Better Houseware Co. *v.* United States, protest 64/18614. Protest decided March 25, 1965. Plaintiff's application for rehearing granted.

APRIL 27, 1965

No. 69282.—Sphinx Import Co., Inc. *v.* United States, protest 64/13671. Protest dismissed March 16, 1965. Plaintiff's application for rehearing granted.